ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE L. LINDSEY, | ) | |
| | ) | CASE NO. 5:04CV2559 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| FEDEX GROUND, *et al.*, | ) | OPINION & JUDGMENT |
| | ) | |
| Respondent. | ) | |
| | ) | |

On December 29, 2005, pro se Plaintiff Lawrence L. Lindsey filed this action against Defendants FedEx Ground and FedEx Corporation. This Court referred the matter to the Magistrate Judge for general pretrial supervision.

On July 17, 2005, the Magistrate Judge issued a Report and Recommendation (the "Report"). In the Report, the Magistrate Judge recommended that the Court dismiss Plaintiff's claims without prejudice because he failed to serve the summons and complaint upon Defendants.

On July 28, 2005, Plaintiff filed a general objection to the Magistrate Judge's Report, stating basically that he "strongly" objected to the recommendation. Under Federal Rule 72(b) and 28 U.S.C. § 636, this Court is required to review de novo the portion of the Magistrate Judge's Report to which a *specific* objection was made. Filing a general objection is akin to filing no objection at all. Howard v. Sec'y of Health and Human Services, 932 F.2d 505, 508-09 (6th Cir. 1999). An objection must "be specific in order to focus the busy district court's attention on only those issues that [are] dispositive

and contentious." Id. at 509. A party who fails to file an objection waives the right to appeal. U.S. v. Walters, 638 F.2d 947, 950 (6th Cir. 1981).

Here, Plaintiff's objection to the Magistrate Judge's Report was a general objection. He did not address the issue of service. The Court recognizes that Plaintiff is representing himself in this matter; however, pro se litigants are not entitled to leniency with regard to substantive law. *Wolfel v. United States*, 711 F.2d 66, 67 (6th Cir. 1983).

Accordingly, this Court ADOPTS the Report of the Magistrate Judge and DISMISSES Plaintiff's claims without prejudice. Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith.

IT IS SO ORDERED.

  August 2, 2005                            */s/ John R. Adams*  
Date                                                John R. Adams  
                                                      U.S. District Judge